UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 9:16-cv-81696-MIDDLEBROOKS

PATRICIA GONZALEZ,

    Plaintiff,

v.

JAMES BATMASIAN, and
MARTA BATMASIAN,

    Defendants.
_____/

## VERDICT FORM

We, the jury in the above-captioned action, give these answers to the following questions:

Do you find by a preponderance of the evidence:

1. That the Defendants failed to pay Plaintiff Gonzalez the overtime pay required by law?

   Answer Yes or No: __YES__

   If your answer is "No," this ends your deliberations and the foreperson shall sign and date the end of the verdict form. If your answer is "Yes," go to the next question.

2. That Plaintiff Gonzalez was exempt from the FLSA's overtime provisions

   i. as an executive employee?

   Answer Yes or No: __NO__

   ii. as an administrative employee?

   Answer Yes or No: __NO__

   If you answer "Yes" to one or both exemptions (i. or ii.), this ends your deliberations and the foreperson shall sign and date the end of the verdict form. If you answer "No" to both exemptions, then you must answer questions 3 and 4.

3. That the Defendants knew or showed reckless disregard for whether the FLSA prohibited their conduct?

   Answer Yes or No: __YES__

   If you answer "Yes," you may award Plaintiff Gonzalez any unpaid wages between July 1, 2013 through July 22, 2015. If you answer "No," you may award Plaintiff Gonzalez any unpaid wages between July 1, 2014 through July 22, 2015. Please proceed to the next question.

4. That Plaintiff Gonzalez should be awarded damages?

   Answer Yes or No: __YES__

   If "Yes", in what amount? $ __36,939__

**So SAY WE ALL.**

_____         __5-3-17__
Foreperson's Signature                  Date

_____
Foreperson's Name (Printed)