**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 9:16-cv-81696-MIDDLEBROOKS**

PATRICIA GONZALEZ, and
LESHA ROSARIO,

Plaintiffs,

v.

JAMES BATMASIAN, and
MARTA BATMASIAN,

Defendants.
_________________________________/

**ORDER GRANTING PLAINTIFF'S MOTION FOR THE IMPOSITION OF LIQUIDATED DAMAGES AND ENTRY OF FINAL JUDGMENT**

THIS CAUSE comes before the Court upon Plaintiff Patricia Gonzalez's ("Gonzalez") Motion for the Imposition of Liquidated Damages and for Entry of Final Judgment ("Motion"), filed on May 4, 2017. (DE 151). The Motion requests that the Court award Gonzalez liquidated damages and enter final judgment by separate order. A trial was held in this case between May 1 and May 3, 2017. At the conclusion of the case, the jury entered a verdict in favor of Gonzalez for $36,939.00 and found that Defendants James Batmasian and Marta Batmasian's violation of the Fair Labor Standards Act ("FLSA") was willful. (DE 148).

An award of liquidated damages equal to the amount of compensatory damages is required, 29 U.S.C § 216(b), unless the employer can establish a good faith defense. *Davila v. Menendez*, 717 F.3d 1179, 1185-86 (11th Cir. 2013); 29 U.S.C. § 260. It is generally the district court's job to assess this defense. *See Davila*, 717 F.3d at 1185. However, when a jury finds that an employer's violation of the FLSA was willful, the district court has no discretion to consider the good faith defense because a willfulness finding precludes it. *Morgan v. Family*

*Dollar Stores, Inc.*, 551 F.3d 1233, 1282-83 (11th Cir. 2008). Accordingly, Gonzalez's Motion for the Imposition of Liquidated Damages and for Entry of Final Judgment (DE 151) is **GRANTED**. Gonzalez is entitled to an award of liquidated damages in the amount of $36,939.00, in addition to her compensatory damage award for the same amount. A final judgment award will be entered by separate order.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 12 day of May, 2017.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE