UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:16-cv-81696-MIDDLEBROOKS

PATRICIA GONZALEZ, and
LESHA ROSARIO,

    Plaintiffs,

v.

JAMES BATMASIAN, and
MARTA BATMASIAN,

    Defendants.
_____/

## FINAL JUDGMENT

The above action came before the Court upon the jury verdict on May 3, 2017 in favor of Plaintiff Patricia Gonzalez ("Plaintiff") in the amount of $36,939.00 on Count I of the Complaint for failure to pay overtime wages under the Fair Labor Standards Act. The Court then granted Plaintiff's Motion for the Imposition of Liquidated Damages and Entry of Final Judgment. As a result, Plaintiff is also entitled to liquidated damages from Defendants James Batmasian and Marta Batmasian in an amount equal to the above overtime award. Accordingly, it is hereby **ORDERED** and **ADJUDGED** as follows:

    1.    Final Judgment is entered in favor of Plaintiff Patricia Gonzalez and against Defendants James Batmasian and Marta Batmasian for (1) $36,939.00 in unpaid overtime wages and (2) $36,939.00 in liquidated damages, for a total of **$73,878.00**, plus (3) post-judgment interest beginning on the date that this judgment is entered, for which let execution issue.

2.  The Court reserves jurisdiction to entertain any motions for attorneys' fees and/or costs from Plaintiff Gonzalez.

3.  The Clerk of Court shall **CLOSE THIS CASE**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this _12_ day of May, 2017.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE