UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 9:16-cv-81696-MIDDLEBROOKS

PATRICIA GONZALEZ, and
LESHA ROSARIO,

    Plaintiffs,

v.

JAMES BATMASIAN, and
MARTA BATMASIAN,

    Defendants.
_____/

## JUDGMENT FOR ATTORNEY'S FEES

The Court having granted in part and denied in part Plaintiff Patricia Gonzalez's Motion for Attorney's Fees against Defendants (DE 218), and Plaintiff Patricia Gonzalez's Verified First Supplemental Motion for Attorney's Fees (DE 222), it is hereby **ORDERED** and **ADJUDGED** that Plaintiff Patricia Gonzalez is awarded **$29,627.62** in attorney's fees, plus post-judgment interest at the standard rate running from May 17, 2017, for which let execution issue.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 12 day of March, 2018.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record