# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 18, 2018

Steven M. Larimore
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 18-11443-JJ
Case Style: Patricia Gonzalez v. James Batmasian, et al
District Court Docket No: 9:16-cv-81696-DMM

The enclosed copy of the Clerk's Entry of Dismissal pursuant to the joint stipulation of the parties to dismiss is issued as the mandate of this court.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Tiffany A. Tucker, JJ/lt
Phone #: (404)335-6193

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
_____

No. 18-11443-JJ
_____

PATRICIA GONZALEZ,

                Plaintiff - Counter Defendant - Appellant,

LESHA ROSARIO,

                Plaintiff - Counter Defendant,

versus

JAMES BATMASIAN,
individually d.b.a. Investments Limited,
MARTA BATMASIAN,
individually d.b.a. Investments Limited,

                Defendants - Counter Claimants - Appellees,

MARK BUCKSTEIN,

                Counter Claimant.
_____

Appeal from the United States District Court
for the Southern District of Florida
_____

ENTRY OF DISMISSAL: Pursuant to Appellant Patricia Gonzalez and Appellees James Batmasian and Marta Batmasian's motion for voluntary dismissal, FRAP Rule 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date, effective September 18, 2018.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Tiffany A. Tucker, JJ, Deputy Clerk

                FOR THE COURT - BY DIRECTION