UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-cv-81696-DMM

PATRICIA GONZALEZ and
LESHA ROSARIO,

    Plaintiffs,

v.

JAMES BATMASIAN, an individual d/b/a
Investments Limited and individually and
MARTA BATMASIAN, an individual d/b/a
Investments Limited and individually,

    Defendants.
_____/

## ORDER GRANTING JOINT MOTION FOR DISCHARGE AND RELEASE CIVIL SUPERSEDEAS BOND

THIS CAUSE came before the Court on the parties' Joint Motion for Discharge and Release of Civil Supersedeas Bond (DE 256), and having reviewed the Motion, *it is hereby*

**ORDERED AND ADJUDGED**:

1. The parties' Joint Motion for Discharge and Release of Civil Supersedeas Bond (DE 256) is **GRANTED**.

2. The $81,265.80 bond approved by this Court on September 27, 2017 (DE 235) and filed by James and Marta Batmasian on October 4, 2017 (DE 238) (Bond #100363915) is hereby immediately discharged and the principals, James and Marta Batmasian, and surety, U.S. Specialty Insurance Company, are released from any further obligations under the bond.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 20 day of September, 2018.

                                            DONALD M. MIDDLEBROOKS
                                            UNITED STATES DISTRICT JUDGE

Copies furnished to: Counsel of Record